# Court of Appeals
# of the State of Georgia

ATLANTA,___October 20, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15A0362. EDDIE GREEN v. CITY OF ATLANTA et al.**

On January 31, 2014, the superior court entered an order granting summary judgment to the defendants in this case. On March 7, 2014, the plaintiff, Eddie Green, filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Green filed his notice of appeal 35 days after entry of the order he seeks to challenge. Accordingly, we lack jurisdiction to consider this untimely appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*10/20/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*